# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

135211

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v                                                    SC: 135211
                                                     COA: 269564
                                                     Oakland CC: 2004-198527-FH
KEVIN ARTHUR CURRIER,
            Defendant-Appellant.
_____/

        On order of the Court, the application for leave to appeal the September 13, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008

l0114

_____
                    Clerk